**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

———————————————————

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

STEPHEN VINCENT HUNT,

    Defendant - Appellant.

No. 20-1382
(D.C. No. 1:06-CR-00155-DME-1)
(D. Colo.)

———————————————————

**ORDER AND JUDGMENT**[*]
———————————————————

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.
———————————————————

This matter is before the court on appellant Stephen Vincent Hunt's

*Unopposed Motion to Remand for Further Proceedings*, in which he asks the court to

remand this appeal to the U.S. District Court for the District of Colorado for further

proceedings consistent with this court's decisions in *United States v. McGee*,

No. 20-5047, 2021 WL 1168980 (10th Cir. Mar. 29, 2021) and *United States v.*

*Maumau*, No. 20-4056, 2021 WL 1217855 (10th Cir. Apr. 1, 2021).

Upon consideration, the court grants the motion, dismisses this appeal, and

remands the case to the district court for further proceedings consistent with *McGee*

and *Maumau*, including, if appropriate, vacating the October 5, 2020 *Order Granting*

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

*Reconsideration (Doc. 406) and Denying Motion for Sentence Reduction under 18 U.S.C.*

*§ 3582(c)(1)(A)(i) (Doc. 394).* [ECF No. 422].

The mandate shall issue forthwith.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

by: Lisa A. Lee
    Counsel to the Clerk